# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0839

_____

JOHN A. TENNANT,

Appellant,

v.

THOMAS WILLIAM SHEFFIELD,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

April 30, 2018

PER CURIAM.

DISMISSED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

John A. Tennant, pro se, Appellant.

No appearance for Appellee.